

Cite as 2017 Ark. 6

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** January 12, 2017

IN RE SUPREME COURT COMMITTEE
ON SECURITY AND EMERGENCY
PREPAREDNESS

## PER CURIAM

Dallas County Sheriff Stan McGahee of Fordyce, Greene County Deputy Robert Case of Paragould, Baxter County Circuit Clerk Canda Reese of Mountain Home and Terry Henson of the Pulaski County Office of Emergency Management, are appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for three-year terms to expire on September 30, 2019. We thank all of them for their willingness to serve on this important committee.

The court expresses its gratitude to Parole Board Commissioner Andy Shock, White County Sheriff's Office Captain Norman Hale, Pulaski County Circuit Clerk Larry Crane and Mikki Hastings of the Clark County Office of Emergency Management, whose terms have expired, for their years of valuable service to this committee.